# EMPLOYMENT CONTRACT
## Macon Corrections Special Education (MCSED)

This Employment Contract made and entered into by and between Mr. Charles Shonkwiler, Regional Superintendent of Schools, Macon-Piatt Regional Office of Education, (hereinafter "employer") and **JANICE TUXHORN** (hereinafter "employee"), WITNESSETH: Employee accepts employment with Employer for the period and on the terms hereinafter set forth, to-wit:

**CONTRACT PERIOD:** This contract shall begin on **July 1, 2003**, and shall terminate **June 30, 2004**.

**CONDITIONS:** Employee agrees to work in the work sites of the Illinois Department of Corrections, School District 428, in the education program administered by employer. Employee shall observe and abide by all the rules and regulations of the work sites and conform to the personnel policies and procedures established by the employer. The *MCSED Employee Handbook* is attached. Failure to observe said rules and regulations or personnel policies and procedures may be grounds for discharge by employer.

**POSITION:**    **CLERICAL TECHNICIAN**                              **CENTRAL OFFICE**
Employee shall perform duties outlined in the job description attached hereto. Specific job assignments for each position may be developed at the work site with the approval of the employer or designee. Employee shall meet appropriate certification and/or approval standards for the position as established by the Illinois State Board of Education. An employee needing additional certification agrees to complete requirements prior to the end of this contract period; failure to do so may result in non-renewal of this employment contract.

**COMPENSATION FOR THIS CONTRACT PERIOD:**          **$2,579.00** *per month*
Employer agrees to pay employee for services under this employment contract based on the salary schedule attached hereto. Salary increases during the term of this employment contract may be made in accordance with the personnel policies and procedures of the employer. Employee is entitled to certain fringe benefits specified in the attachment.

**CONTINUATION / TERMINATION:** Either party may at his/her option, and without cause, terminate this agreement by giving the other party thirty (30) days prior written notice. Employee understands and agrees that on termination by employer, whether at the conclusion of this employment contract period or sooner, employee shall have no claim or right to continue employment on the basis of length of service with employer or any predecessor of employer. Employee understands and agrees that continuation of this agreement, and all obligations, agreements and covenants shall be subject to and contingent upon approval and existence of funding from the Department of Corrections. This contract shall be subject to immediate termination and cancellation by employer in the event that the Department of Corrections fails to make an appropriation to pay for the services to be rendered hereunder. This contract contains the entire agreement of the parties as to the duration of employment and shall be renewable at the discretion of the employer.

**SIGNATURES:**
Employee _____Janice Tuxhorn_____                    Date _6-4-03_
MCSED Coordinator _____                       Date _June 13, 2003_
Employer _____Charles R. Shonkwiler_____              Date _6/21/03_
Regional Superintendent of Schools, Macon-Piatt Regional Office of Education

*Attachments:* Job Description, MCSED Employee Handbook, Salary Schedule, Fringe Benefits

EX A