*Macon Corrections Special Education*

# MCSED EMPLOYEE HANDBOOK

*July 1, 2003*

EX B

This handbook is a guide to general information about the policies and fringe benefits available to you as an employee of the Macon Corrections Special Education (MCSED) program. All MCSED employees are responsible for being aware of MCSED policies and procedures and/or asking for clarification of same. All MCSED forms and detailed policies and procedures are included in the *MCSED Administrative Manual* available at each work site or from Central Office.

## EMPLOYMENT

An employee is expected to perform duties identified in the job description included with the MCSED *Employment Contract*. A new employee will be on probationary status the first six months, and job performance will be evaluated to determine whether employment will be continued or the employee dismissed. Employment may be renewed each July through June contract year, provided Department of Corrections funding is continued, work performance is satisfactory, and employee possesses appropriate certification, if applicable.

## WORK SCHEDULE

The normal work schedule is from Monday through Friday for a total of 37.5 hours. The normal work day is 7.5 hours from 8:00 a.m. to 4:00 p.m. with a lunch break of 30 minutes. Work hours may vary depending upon work site and work schedule. Employees are expected to report to work on time each day and are required to sign in and sign out on the *Contractual Service Employee Sign-In Sheet* (DC 311). An employee who is repeatedly absent and/or tardy will be subject to counseling and progressive discipline. Additionally, an employee will be docked for tardiness of ten minutes or more. Unauthorized absence of an employee will result in referral for discipline. In the event educational instruction is canceled by action of the Department of Corrections, employees should continue to report to their work sites according to their work schedules.

## COMPENSATION

The MCSED salary schedule is distributed each year with the *Employment Contracts*. Employees are paid bimonthly. Payment for the first half of the month is on the last workday of the month, and payment for the latter half of the month is made the following month on generally the 15th. Each year an employee's salary may be increased, provided Department of Corrections funding is available and work performance is satisfactory. Paychecks are mailed to the work site for distribution on the pay dates or may be direct deposited in a bank authorized by the employee through completion of a *Payroll Deduction/Paycheck Direct Deposit* form. Deductions are made for Federal and State income tax, retirement, FICA or Medicare (if applicable). Optional insurance, credit union or annuity payments are available through payroll deduction.

An employee who is required to work a shift beginning at noon or later will be paid a stipend of $65 per month in addition to his/her regular salary for working that shift Monday through Friday or $52 for Monday through Thursday. An employee who is required by the work site to use sign language or be bilingual will be paid a stipend of $100 per month in addition to his/her regular salary. An employee who conducts vision and hearing screening will be paid a stipend of $100 per month in addition to his/her regular salary.

Educators may receive a payroll lane change salary increase after completion of additional educational course work. Such payroll lane change salary increase will be effective July 1 or January 1 after transcripts reflecting such additional course work have been submitted to the MCSED Coordinator.

## COMPENSATORY TIME

If an instructional or clerical employee is required to work in excess of 37.5 hours during the week, he/she may be eligible for compensatory time that is awarded at the rate of time-and-one-half. All compensatory time must be pre-approved by the Superintendent of the School District and approved on the MCSED *Report of Compensatory Time* form by the on-site supervisor and MCSED Coordinator. All compensatory time shall generally be taken as time off and must be scheduled off prior to the end of the contract period. A MCSED *Request for Benefit Time* form must be completed and submitted to the on-site supervisor to take accumulated compensatory time. Upon termination, an employee will be paid for compensatory time earned but not taken.

## JOB PERFORMANCE EVALUATION

A job performance evaluation of each employee is conducted by the on-site supervisor and the MCSED Program Supervisor after the first three months, six months, and annually thereafter (in April). The performance objectives will be evaluated quarterly. Annual salary increases may be given based on job performance of the previous year provided Department of Corrections funding is available.

1

## INSURANCE

Insurance coverage is effective the first day of employment. The employee's insurance premium is paid by the employer. Premiums, deductible, and coverage are subject to change each contract year. The life insurance is 1½ times the annual salary. During a leave of absence, an employee's insurance is paid the first 12 weeks, after which the employee must pay the premium the duration of the leave. Optional dependent medical/dental/vision/life insurance is available through payroll deduction at employee expense. Rates for optional insurance are available from Central Office. After termination, an employee has the option of continuing health coverage up to 18 months under the group policy at employee expense. A *MCSED Insurance Handbook* is included in the *MCSED Administrative Manual*.

## HOLIDAYS

MCSED employees have paid time off for the following holidays, if they are paid for the day before and after the holiday:

| | | |
|---|---|---|
| New Year's Day | Memorial Day | Veteran's Day |
| Martin Luther King Day | Independence Day | Thanksgiving Day and Friday following |
| Lincoln's Birthday | Labor Day | Election Day (House of Rep.) |
| Washington's Birthday | Columbus Day | Christmas Day |

## NOTIFICATION OF ABSENCE

Benefit time must generally be approved in advance of any absence from work and requested in writing using a MCSED *Request To Use Benefit Time* form. If time off was not previously approved, the employee must call his/her on-site supervisor stating the reason for the absence prior to the beginning of his/her work shift. Failure to do so may cause the employee to be charged with unauthorized absence, be docked and referred for discipline. An employee leaving work due to illness must report to his/her on-site supervisor for approval. Employees who have exhausted benefit time and are absent from work and not eligible for leave of absence, will be charged with unauthorized absence, be docked, and referred for discipline.

## SICK LEAVE

Employees receive 7.5 hours sick leave per month. Employees must be in pay status the first day of the month or work an entire pay period to be eligible for sick leave. Sick leave may not be taken in less than one-hour increments. Sick leave may be used for illness, disability or injury of the employee, appointments with the doctor or dentist and if the presence of the employee is needed for illness, disability, injury or death of a member of the employee's immediate family. When sick leave is exhausted, an employee may request to use his/her other accumulated time or may request a leave of absence, if eligible. Employees who work a full contract year without using any sick leave will be given an additional personal business leave day in the following contract year. An employee may be required to provide written medical certification if the on-site supervisor has reasonable grounds to suspect abuse of time. Sick leave may carry over from one contract year to another to a maximum of 180 days. Upon termination, an employee will be paid for one-half of any sick leave accumulated from January 1, 1984, through June 30, 1998.

## VACATION

Vacation time is earned at the end of each month of employment. Vacation earning rate for each month is specified on the MCSED *Employee Time Sheet*. Vacation time may be taken in no less than one-hour increments. Requests for vacation must be made in advance using the MCSED *Request to Use Benefit Time* form and must be submitted to the on-site supervisor for approval. An employee is entitled to carry over vacation time to the next contract year two times his/her annual earning rate. Upon termination, an employee with at least six months service, will be paid for all remaining vacation time. Annual vacation accrual rate is indicated by the following schedule:

| | |
|---|---|
| Date of hire through 5 years | 75.0 hours per year |
| Completion of 5 through 9 years | 112.5 hours per year |
| Completion of 9 through 14 years | 127.5 hours per year |
| Completion of 14 through 19 years | 150.0 hours per year |
| Completion of 19 through 25 years | 165.0 hours per year |
| Completion of 25 years | 187.5 hours per year |

## PERSONAL BUSINESS LEAVE

An employee is granted 22.5 personal business leave hours off each contract year, or four if she/he used no sick time the previous contract year. An employee hired during the contract year receives pro-rated personal business leave. Requests for personal business leave must be made in advance, except in an emergency, using a MCSED *Request to Use Benefit Time* form and must be submitted to the on-site supervisor for approval. Personal business leave may be taken in no less than one-hour increments. Personal business leave not taken prior to June 30 will be forfeited. Upon termination, an employee will not be paid for remaining personal business leave.

2

## LEAVES OF ABSENCE

All requests for leaves of absences must be submitted to the on-site supervisor in writing, reasonably in advance, stating the beginning and ending dates and purpose of the leave. The on-site supervisor and MCSED Coordinator must approve all leaves of absence prior to the beginning of such leave. Medical or other certification will be required prior to an employee being approved for leave. If the on-site supervisor has reason to believe that the need for the leave of absence no longer exists, he/she may request further verification/certification of the need. Purposes for unpaid leaves of absence may include medical disability, maternity/paternity or family responsibility. Employee must be with current employer for a minimum of 12 months before an unpaid family responsibility leave may be taken. Females are eligible for three weeks (15 days) of paid maternity leave and males for two weeks (10 days) of paid paternity leave. Males or females are eligible for 2 weeks (10 days) of paid leave for new adoptions when the child is placed in his/her home.

An employee must exhaust all sick time prior to being approved for medical disability leave. A *Physician's Authorization for Disability Leave and Return to Work* form signed by the doctor must be submitted prior to a medical disability leave, every 30 days during the leave, and when the employee returns to work. This form and employee's signed written request for medical disability leave must be submitted prior to exhausting sick time. Failure to do so will cause the employee to be charged with unauthorized absence, be docked and referred for discipline. An employee on leave of absence does not earn benefit time. An employee who has been on medical leave of absence or an extended sick leave must obtain a full medical release prior to being allowed to return to work unless permission to return to work with limited restrictions has been granted by the work site, Superintendent of the School District and the employer. However, no employee will be allowed to return to work with restrictions in excess of 90 days or where the return to work may contribute to a re-occurrence of the medical condition.

An employee may be approved leave up to eight hours during any school year to attend his/her child's school conference or classroom activity if it cannot be scheduled during non-work hours. The employee must have exhausted all accrued vacation, personal business, or compensatory time prior to being approved for school visitation leave. Requests for school visitation leave must be made on the MCSED *Request to Use Benefit Time* form and submitted to the on-site supervisor. Leaves of absence for military reserve training or emergency call-up may be paid for lengths of time as necessary to fulfill the military obligation.

## TUITION REIMBURSEMENT

An employee is eligible to receive tuition reimbursement for coursework that is job-related. The MCSED *Request for Tuition Reimbursement* form should be completed and submitted to the on-site supervisor prior to enrolling in the course. Reimbursement is made at 50% of the total costs for tuition and lab fees (general student fees are not reimbursable) to an annual maximum of $500.

An employee receiving tuition reimbursement is obligated to continue working for MCSED or the School District at least 18 months after any coursework was completed, provided Department of Corrections funding is continued. An employee who voluntarily leaves MCSED before the 18 months is finished will have all tuition reimbursement paid to him/her for courses within the preceding 18 months deducted from his/her final paycheck.

## PROFESSIONAL ADVANCEMENT

All full-time employees are eligible to participate in the MCSED professional advancement program to pursue certification in special education or administration. An employee approved for the program is eligible for 100% tuition pre-payment or reimbursement to an annual maximum of $2,500 (maximum of $500 per class). Release time from work is also available if courses cannot be scheduled during non-working hours. Applications for participation should be made using the MCSED *Request for Professional Advancement* form. Specific procedures/ requirements are specified on the form.

## WORKERS COMPENSATION

An employee becoming ill or injured as a result of employment, is required to notify his/her on-site supervisor who should complete a MCSED *Form 45: Employee's First Report of Accident or Illness* form which must be submitted to Central Office the day of occurrence. This form and any subsequent medical bills should be forwarded to the MCSED Coordinator for submission to the workers compensation insurance carrier. Failure to report may jeopardize an employee's right to collect workers compensation benefits and/or disability pay. An employee who needs to remain off work due to the injury/illness may use up to five days off for work-related injury/illness without using any benefit time, provided written medical certification is submitted to the on-site supervisor stating that the employee is unable to report to work due to the illness or injury. The employee may then use accumulated sick leave or request a disability leave of absence. A MCSED *Request to Use Benefit Time* form must be completed to use time for work-related illness/injury and be submitted to the on-site supervisor.

3

## RETIREMENT

All employees contribute to a retirement system. An employee in a position requiring certification by the Illinois State Board of Education (Teacher, School Psychologist, Speech Pathologist, Program Supervisor) participate in the Teacher Retirement System (TRS) and Medicare. All other employees participate in the Illinois Municipal Retirement Fund (IMRF), Federal Insurance Contribution Act (FICA), and Medicare. The employee's retirement contribution is deducted from the pay (TRS-2%, Medicare-1.53%, IMRF-0, FICA-6.53%. The employer contributes the remainder of the employee's retirement contribution in addition to the required employer contribution. Refer to the *MCSED Administrative Manual* for the retirement system brochures.

## DISABILITY

In addition to retirement benefits, the retirement system also provides disability benefits if the employee has been a contributing member for a specified time (TRS-3 years/IMRF-1 year). Application for disability benefits should be made to the retirement system when an employee's sick time is exhausted. Refer to the *MCSED Administrative Manual* for the retirement system brochures.

## TRANSFERS

Any employee desiring to transfer to another position or work site must submit a written request to the MCSED Coordinator each contract year. The employer will be notified of any vacancies in the desired area and the procedures to follow for making application for the position.

## CHANGE IN PERSONAL DATA

Employees changing name, address, marital status, and insurance beneficiary or deductions must submit to the MCSED Coordinator revised *IL-W4* and *W4* forms as well as the required retirement system and insurance forms for changing personal data. Refer to the *MCSED Administrative Manual* for the appropriate forms.

## STANDARDS OF CONDUCT

MCSED employees are required to abide by the basic tenets of Department of Corrections Administrative Directives, Administrative Regulations, Institutional Directives and obey all Federal, State, and local laws. Failure to do so will result in discipline, and may include discharge. Employees should not conduct themselves unprofessionally or compromise the security of the work site. An employee is required to verbally report to his/her on-site supervisor as soon as possible and submit a written report specifying the facts within five working days of any arrest, indictment, or conviction for a felony or misdemeanor, other than a minor traffic offense.

If the on-site supervisor believes there is reasonable suspicion that an employee is using or under the influence of or using controlled substances, the employee will be notified that a drug test will be conducted. If the test is confirmed positive, discipline will be imposed, and the employee may be discharged.

An employee who engages in or knowingly condones sexual harassment may be subject to discipline, including discharge. An employee who believes he/she is a victim of sexual harassment should report the incident in writing to his/her on-site supervisor and employer.

An employee may not knowingly socialize with, accept anything of value, or engage in business transactions with any inmate or releasee or a relative or close associate of an inmate or releasee except in the performance of an assignment or as approved in writing by the Superintendent of the School District. An employee is obligated to report to the on-site supervisor the name of any close associate, relative, or family member who the employee knows is employed by or who is known to be incarcerated in the Department of Corrections.

## GRIEVANCE

A grievance procedure has been developed to resolve any claim there has been a violation, misrepresentation or misapplication of the terms of the MCSED *Employment Contract*. The grievance procedure is a four-step process. The first step involves the on-site supervisor and the employee attempting to resolve problems through informal discussion there is no resolution at Step 1, the employee may file the grievance in writing with the MCSED Program Supervisor (Step 2). If the grievance is not resolved by the Step 2 response, it may be presented in writing to the MCSED Coordinator (Step 3). If the employee is still not satisfied with the response, it may be presented in writing to the employer (Step 4). The decision rendered by the employer is final.

## ATTENDANCE IN COURT
An employee called for jury duty or subpoenaed except in personal, non-work related litigation will be allowed paid time off. The on-site supervisor must be notified in advance in writing of the dates of the absence. Jury duty fees must be paid to MCSED by employee's personal check or the employee will be docked for the time away from work.

## CANCELLATION OF CLASSES
In the event educational or vocational instruction is canceled by action of the Department of Corrections, MCSED employees shall continue to report to their work sites according to their work schedules. MCSED employees shall not be relieved of their work unless specifically directed by the facility's chief administrative officer or designee and/or educational facility administrator. MCSED employees who are employed by the contract 50% or more and whose headquarters are at a correctional facility may, upon discretion of the warden or superintendent of the facility or their designee to the educational facility administrator, be assigned non-instructional duties during periods of lock down. Employees will not be required to provide services for which specialized training is required or that involve being placed in situations that require the use of force, weapons, or direct conflict with inmates. Employees may elect to use approved benefit time off in lieu of providing such services.

## EMPLOYEE REVIEW HEARING / DISCIPLINE
Employees are entitled to a pre-disciplinary meeting process (employee review hearing) whenever discipline other than an oral reprimand is being considered for an alleged infraction. Discipline may include an oral reprimand, written reprimand, suspension with written notice or discharge with written notice. The employee will be notified by the MCSED Program Supervisor that an employee review hearing will be conducted including the specific reasons for and the time it will occur. Employees will be notified of the results of the hearing and the discipline, if any, within 45 days after the hearing. Any reprimand may be removed, at the request of the employee, if two years pass without the employee receiving additional discipline for the same offense.

## SECONDARY EMPLOYMENT
An employee must request approval to begin or continue secondary employment and/or compensation by completing a MCSED *Request for Approval of Secondary Employment* form and submitting it to the on-site supervisor for approval. Employees should not accept any secondary employment in which the employee knowingly comes in frequent contact with any inmate or releasee without first obtaining written approval from the Superintendent of the School District.

## IN-SERVICE TRAINING
All employees are required to attend the Department of Corrections Pre-Service Security Orientation training within two months of their date of hire. Employees are also required to participate in appropriate in-service activities as required by the institution or the School District. An employee may request release time and expense reimbursement to attend workshops or conferences not sponsored by MCSED or Department of Corrections by completing a MCSED *Request for Travel or Training* form and submitting it to the on-site supervisor for approval.

## MISCELLANEOUS
An employee is expected to dress in professional attire that is considered appropriate for his/her respective position. An employee is expected to wear his/her identification card. All employees must take annual tuberculosis (TB) tests following Department of Corrections procedures. All employees who provide services in excess of 10 hours or more per week will be subject to the Department of Corrections random drug testing program.

*This MCSED Employee Handbook is an overview and is subject to change at any time. The policies in this handbook replace all previous MCSED policies. For further information or clarification, please contact the MCSED Program Supervisor in your district, MCSED Coordinator, and/or refer to the MCSED Administrative Manual available from the Educational Facility Administrator.*

5