## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, and MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

### ENTRY OF APPEARANCE

NOW COMES ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, Ltd., Dennis L. Weedman of counsel, and hereby enters his appearance as one of the attorneys for Defendants, Charles Shonkwiler, Pam Jurkoshek and the Macon-Piatt Regional Office of Education, in the above-entitled cause.

                                            CHARLES SHONKWILER, PAM JURKOSHEK and MACON-PIATT REGIONA OFFICE OF EDUCATION, Defendants.

                                            By: Robbins, Schwartz, Nicholas,
                                                  Lifton & Taylor, Ltd.

                                            By:_____
                                                 Attorney for Defendants

Dennis L. Weedman
Robbins, Schwartz, Nicholas,
   Lifton & Taylor, Ltd.
420 Millikin Court
Decatur, Illinois 62523
217-428-2100
217-428-2186 (fax)