# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM | ) | |
| JURKOSHEK, ROBERTA FEWS, | ) | |
| and MACON-PIATT REGIONAL | ) | |
| OFFICE OF EDUCATION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION FOR EXTENSION OF TIME

NOW COME Defendants, CHARLES SHONKWILER, PAM JURKOSHEK and MACON-PIATT REGIONAL OFFICE OF EDUCATION, by ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., Dennis L. Weedman of counsel, and pursuant to the provisions of Fed. R. Civ. P. 7(b) and Local Rule 6.1 move that they be granted an extension of time to file their responsive pleading, and in support thereof state as follows:

1. That Defendant was not properly served until Jurkoshek received on February 14, 2005 the Complaint filed in this matter along with Waiver of Service of Summons dated January 13, 2005.

2. That Defendants have voluntarily accepted service thereby giving them until approximately March 14, 2005 to file their responsive pleading.

3. That due to the late service on Jurkoshek, Defendants have not had adequate time to prepare their responsive pleading.

4. That Defendants would respectfully request until April 13, 2005, a thirty (30) day extension in which to file their responsive pleading in this case.

5.  That counsel for Defendants has not previously requested an extension of time in this case.

8.  That counsel for Plaintiff has stated that he has no objection to this motion.

        CHARLES SHONKWILER, PAM JURKOSHEK and MACON-PIATT REGIONAL OFFICE OF EDUCATION, Defendants.

        By: Robbins, Schwartz, Nicholas,
            Lifton & Taylor, Ltd.

        By   s/Dennis L. Weedman
           Attorney for Defendants

Dennis L. Weedman
Robbins, Schwartz, Nicholas,
   Lifton & Taylor, Ltd.
420 Millikin Court
Decatur, Illinois 62523
217-428-2100
217-428-2186 (fax)