IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **JANICE TUXHORN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | No. 05-2020 |
| | ) | |
| **CHARLES SHONKWILER, PAM** | ) | |
| **JURKOSHEK, ROBERTA FEWS,** | ) | |
| **and MACON-PIATT REGIONAL** | ) | |
| **OFFICE OF EDUCATION,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2005, I electronically filed Defendants' Entry of Appearance and Motion For Extension Of Time, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

**John Kerley at LawyerJohn@aol.com**
**Ericka Sanders at esanders@atg.state.il.us**

Respectfully submitted,

 /s/ Dennis L. Weedman
Dennis L. Weedman, Attorney Bar #6217020
Attorney  for  Charles Shonkwiler, Pam
Jurkoshek and Macon-Piatt Regional Office
Of Education
132 South Water, Suite 420
Decatur, IL  62523
Phone: (217) 428-2100
Fax: (217)428-2186
E-Mail: dweedman@rsnlt.com