E-FILED
Friday, 25 March, 2005  03:43:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JANICE TUXHORN,<br><br>           Plaintiff,<br><br>           v.<br><br>CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, AND MACON-PIATT REGIONAL OFFICE OF EDUCATION<br><br>           Defendants. | No.: 05-2020 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Now comes Plaintiff, Janice Tuxhorn, by her attorney, John E. Kerley of Kerley and Associates, P.C., and for her Motion for Extension of Time to respond to Defendant Roberta Fews' Motion to Dismiss and Motion for More Definite Statement, moves pursuant to Fed. R. Civ. P. 7(b) and Local Rule 6.1 that she be granted an extension fo time of fourteen (14) days, and in support thereof states as follows:

    1.   In response to Plaintiff's Complaint Defendant Roberta Fews has filed two (2) Motions.  One is a Motion to Dismiss.  The other is a Motion for More Definite Statement.  Those Motions were filed on March 14, 2005 thereby making Plaintiff's Response due on or before Monday, March 28, 2005.

    2.   The undersigned counsel for Plaintiff has a brief due in the Illinois Appellate Court, Fourth District, due on March 28,

2005 that has taken a substantial amount of time to complete. In addition, Plaintiff's counsel has been in court multiple times during the week of March 21, 2005. As a result, Plaintiff's counsel has not had sufficient time to prepare responses to the Motions filed by Defendant Fews.

3. Plaintiff's counsel has not previously requested an extension of time in this case.

4. All defense counsel have stated they have no objection to this Motion for Extension of Time.

WHEREFORE, Plaintiff, Janice Tuxhorn, respectively requests an Order be entered giving Plaintiff an extension of time up to and including April 11, 2005 to respond to the Motions filed by Roberta Fews.

                                    Janice Tuxhorn, Plaintiff

                              By: /s/ John E. Kerley
                                  John E. Kerley, her attorney

Kerley & Associates, P.C.
John E. Kerley
Reg. #06201458
2131 West White Oaks Drive, Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax:  (217) 726-0006

## PROOF OF SERVICE

      I hereby certify that on March 25, 2005, I electronically filed the foregoing Plaintiff's Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      esanders@atg.state.il.us

      dweedman@rsnlt.com

      Respectfully submitted

      /s/ John E. Kerley
      John E. Kerley, Attorney for Plaintiff
      John E. Kerley
      Kerley & Associates, P.C.
      Reg. #6201458
      2131 West White Oaks Drive, Suite B-2
      Springfield, Illinois 62704
      Tele: (217) 698-0007
      Fax: (217) 726-0006
      LawyerJohn@aol.com