E-FILED
Tuesday, 19 April, 2005  03:18:49 PM
Clerk, U.S. District Court, ILCD

```
           IN THE UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    URBANA DIVISION


JANICE TUXHORN,                      )
                                     )
            Plaintiff,               )
                                     )
  vs.                                ) NO.  05-2020
                                     )
CHARLES SHONKWILER, PAM               )
JURKOSHEK, ROBERTA FEWS,             )
and MACON-PIATT REGIONAL             )
OFFICE OF EDUCATION,                 )
                                     )
            Defendants.              )
```

<u>CERTIFICATE OF COMPLIANCE</u>

Now come the Defendants, CHARLES SHONKWILER, PAM JURKOSHEK and MACON-PIATT REGIONAL OFFICE OF EDUCATION, by and through their attorneys, ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., and pursuant to Federal Rule of Civil Procedure 26(a)(1), state as follows:

1.  This Certificate of Compliance is being filed pursuant to Federal Rule of Civil Procedure 26(a)(1) concerning the filing of Initial Disclosures.

2.  This Certificate of Compliance signifies that Defendants herewith have served a copy of their Initial Disclosures by enclosing the same in an envelope, plainly addressed to John Kerley, Kerley & Associates, 993 Clocktower Dr., Suite D, Springfield, IL 62704 and Ericka Sanders, Office of Attorney General, 500 South Second St., Springfield, IL 62706, and by depositing said envelope in a U. S. Post Office Mail Box in Decatur, Illinois on the 19th day of April, 2005.

```
                          CHARLES SHONKWILER, PAM JURKOSHEK,
                          And MACON-PIATT REGIONAL OFFICE OF
                          EDUCATION, Defendants

                          By /s/ Dennis L. Weedman
                             Dennis L. Weedman, Bar #6217020
                             Attorneys for Defendants
                             132 So. Water, Suite 420
                             Decatur, IL 62523
                             Phone: (217)428-2100
                             Fax: (217) 428-2186
                             E-Mail: dweedman@rsnlt.com
```