E-FILED
Wednesday, 20 April, 2005  04:01:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, and MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff Janice Tuxhorn being represented by her counsel John E. Kerley of Kerley & Associates, P.C.; Defendant Roberta Fews being represented by her counsel Assistant Attorney General Ericka Sanders; and Defendants Charles Shonkwiler, Pam Jurkoshek and Macon-Piatt Regional Office of Education being represented by their counsel Dennis L. Weedman of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., met on April 20, 2005, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

    1. The deadline for amendment of pleadings is September 1, 2005.

    2. The deadline for joining additional parties is September 1, 2005.

    3. Plaintiff shall disclose experts and provide expert reports by October 20, 2005.  Plaintiff shall make any such experts available for deposition by January 2, 2006.

    4. Defendant shall disclose experts and provide expert reports by November 21, 2005. Defendant shall make any such experts available for deposition by January 2, 2006.

5. All discovery, including deposition of experts, is to be completed by April 1, 2006.

6. The deadline for filing case dispositive motions shall be June 21, 2006.

| | |
|---|---|
| Janice Tuxhorn, Plaintiff | Roberta Fews, Defendant |
| BY: /s/ John E. Kerley (by consent) | BY: /s/ Ericka Sanders |
| Kerley & Associates, P.C.<br>Reg. #06201458<br>2131 West White Oaks Drive<br>Suite B-2<br>Springfield, Illinois 62704<br>Phone: 217-698-0007<br>Fax: 217-726-0006 | Assistant Attorney General<br>Reg. #06256622<br>500 South Second Street<br>Springfield, Illinois 62706<br>Phone: 217-782-9056 |
| | Charles Shonkwiler, Pam Jurkoshek and Macon Piatt Regional Office of Education, Defendants |
| | BY: /s/ Dennis L. Weedman (by consent)<br>Robbins, Schwartz, Nicholas,<br>   Lifton & Taylor, Ltd.<br>Reg. #6217020<br>420 Millikin Court<br>Decatur, Illinois 62523<br>Phone: 217/428-2100<br>Fax: 217/428-2186 |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JANICE TUXHORN, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )  No. 05-2020 |
| | ) |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, and MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) |
| | ) |
|     DEFENDANTS. | ) |

# O R D E R

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No. \_\_\_).**

ENTERED this _____ day of _____, 2005.

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |   |
|---|---|---|
| **JANICE TUXHORN,** | ) | |
| | ) | |
|     **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | No. 05-2020 |
| | ) | |
| **CHARLES SHONKWILER, PAM** | ) | |
| **JURKOSHEK, ROBERTA FEWS,** | ) | |
| **and MACON-PIATT REGIONAL** | ) | |
| **OFFICE OF EDUCATION,** | ) | |
| | ) | |
|     **DEFENDANTS.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2005, I electronically filed the parties' Report of Rule 26(f) Planning Meeting, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

    John Kerley at LawyerJohn@aol.com
    Dennis Weedman at dweedman@rsnlt.com

                                             Respectfully submitted,

                                             /s/ Ericka Sanders
                                           Ericka Sanders, Attorney Bar #6256622
                                           Attorney for Defendant, ROBERTA FEWS
                                           Assistant Attorney General
                                           500 South Second Street
                                           Springfield, IL   62706
                                           Phone: (217) 782-9056
                                           Fax: (217) 782 -8767
                                           E-Mail: esanders@atg.state.il.us