**E-FILED**
Monday, 25 April, 2005  03:58:35 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **JANICE TUXHORN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 05-2020** |
| **CHARLES SHONKWILER,** | ) | |
| **PAM JURKOSHEK, ROBERT FEWS,** | ) | |
| **and MACON-PIATT REGIONAL** | ) | |
| **OFFICE OF EDUCATION,** | ) | |
| **Defendants.** | ) | |

## DISCOVERY ORDER

A discovery conference was held **April 21, 2005**, pursuant to FRCP 16 and local rule 16.2(A).  Plaintiff was represented by John E. Kerley.  Defendant Roberta Fews was represented by Erica Sanders.  The remaining Defendants were represented by Dennis L. Weedman.  The conference was held by both personal appearance and telephone conference call pursuant to local rule 16.2(C).  The progress of discovery to date was discussed.  Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **September 1, 2005.**

2. The deadline for joining additional parties is **September 1, 2005.**

3. Plaintiff shall disclose experts and provide expert reports by **October 20, 2005.** Plaintiff shall make any such experts available for deposition by **January 2, 2006.**

4. Defendants shall disclose experts and provide expert reports by **November 21, 2005.** Defendants shall make any such experts available for deposition by **January 2, 2006.**

5. All discovery, including deposition of experts, is to be completed by **April 1, 2006.**

6. The deadline for filing case dispositive motions shall be **May 30, 2006.**

7. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **September 8, 2006, at 2:30 p.m.**

8. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **September 18, 2006, at 9:00 a.m. (Case No. 3).**

ENTER this 25th day of April, 2005.

_____ s/ DAVID G. BERNTHAL_____
U.S. MAGISTRATE JUDGE