E-FILED
Wednesday, 27 April, 2005  04:14:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JANICE TUXHORN,<br><br>       Plaintiff,<br><br>              v.<br><br>CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, AND MACON-PIATT REGIONAL OFFICE OF EDUCATION<br><br>       Defendants. | No.: 05-2020 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Now comes Plaintiff, Janice Tuxhorn, by her attorney, John E. Kerley of Kerley and Associates, P.C., and for her Motion for Extension of Time of fourteen (14) days to respond to Defendants Charles Shonkwiler, Pam Jurkoshek, and Macon-Piatt Regional Office of Education's Motion to Dismiss pursuant to Fed. R. Civ. P. 7(b) and Local Rule 6.1 and in support thereof states as follows:

    1.   In response to Plaintiff's Complaint, Defendants Charles Shonkwiler, Pam Jurkoshek, and Macon-Piatt Regional Office of Education have filed a Motion to Dismiss.  This Motion was filed on April 13, 2005 thereby making Plaintiff's Response due on or before Wednesday, April 27, 2005.

    2.   The undersigned counsel for Plaintiff has a Petition for Leave to Appeal due in the Illinois Supreme Court very soon that has taken a substantial amount of time to complete.  In addition,

-1-

Plaintiff's counsel has had numerous pleadings and discovery responses to complete recently. As a result, Plaintiff's counsel has not had sufficient time to prepare responses to the Motions filed by Defendants Shonkwiler, Jurkoshek, and Macon-Piatt Regional Office of Education.

3. Plaintiff's counsel has not previously requested an extension of time to respond to the aforesaid Motion.

4. Defense counsel for the aforesaid Defendants has stated he has no objection to this Motion for Extension of Time.

WHEREFORE, Plaintiff, Janice Tuxhorn, respectively requests an Order be entered giving Plaintiff an extension of time of fourteen (14) days up to and including May 11, 2005 to respond to the Motion filed by Defendants, Charles Shonkwiler, Pam Jurkoshek, and Macon-Piatt Regional Office of Education.

                                                Janice Tuxhorn, Plaintiff

                                        By: /s/ John E. Kerley
                                            John E. Kerley, her attorney

Kerley & Associates, P.C.
John E. Kerley
Reg. #06201458
2131 W. White Oaks Dr., Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax: (217) 726-0006

**PROOF OF SERVICE**

      I hereby certify that on April 27, 2005, I electronically filed the foregoing Plaintiff's Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

esanders@atg.state.il.us

dweedman@rsnlt.com

                                        Respectfully submitted

                                        /s/ John E. Kerley
                                        John E. Kerley, Attorney for Plaintiff
                                        John E. Kerley
                                        Kerley & Associates, P.C.
                                        Reg. #6201458
                                        2131 West White Oaks Drive, Suite B-2
                                        Springfield, Illinois 62704
                                        Tele: (217) 698-0007
                                        Fax:  (217) 726-0006
                                        LawyerJohn@aol.com