E-FILED
Wednesday, 11 May, 2005  03:54:08 PM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT OF ROBERT EIFERT

The undersigned, Robert Eifert, being first duly sworn under oath, states as follows:

1. That I am of an adult age and have the capacity to make this Affidavit.

2. I have read the Affidavit of Pam Jurkoshek dated April 13, 2005 that was attached to the Motion to Dismiss filed on behalf of Pam Jurkoshek, Charles Shonkwiler, and the Macon-Piatt Regional Office of Education. At all times referenced in the Jurkoshek Affidavit I was the Associate Superintendent for the Central District of School District 428, which is part of the Illinois Department of Corrections.

3. The first sentence of paragraph six of the Jurkoshek Affidavit is not correct.

4. As far as fiscal year 2005 is concerned there was a sufficient amount of money in the budget to fund the salaries of MCSED positions that were not vacant including the positions held by Kevin Downey and Janice Tuxhorn. IDOC did not cut dollars for salaries from the MCSED budget. The only cuts that were made were for fringe benefits of MCSED employees.

5. Neither I nor LuAnn Eifert (my spouse) were in favor of cutting the positions of Janice Tuxhorn and Kevin Downey. In fact, I learned that the positions of Tuxhorn and Downey would be

eliminated prior to the meeting of June 1, 2004.

    FURTHER AFFIANT SAYETH NOT.


                                          BY: /s/ Robert Eifert
                                                    Robert Eifert


Signed and sealed before me, a notary public, on this 11 day of May, 2005.

                                        Notary Public


Kerley & Associates, P.C.
John E. Kerley
Reg. #06201458
2131 West White Oaks Drive, Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax:  (217) 726-0006