cshonk

| | |
|---|---|
| From: | JURKOSHEK, PAM [PJURKOSHEK@idoc.state.il.us] |
| Sent: | Wednesday, May 26, 2004 8:27 AM |
| To: | 'cshonk@roe39.k12.il.us' |
| Cc: | 'neala@roe39.k12.il.us' |
| Subject: | retirement benefits |

You must have gotten someone's attention. I received a call from LuAnn last night about 5:00 giving me the following information.

DOC will pick up the employer retirement contribution
IMRF   5.42%
FICA   6.20%
Med    1.45%
TRS-S   .58%
DOC will NOT pick up the following
TRS-S    .50%  LuAnn said TRS told her the .58% is the only "required" employer pay  Ann,    can you get clarification on the other .50%?
TRS-F  10.5%    She also is still saying "no" to the 10.5% TRS-F   I will pull from the grant    manual and the TRS booklet what I can; please bring on Tuesday anything    you can find supporting this
We have to leave the meeting with the above 2 included.

On another note, I was called over to Roberta Fews' office a little after 5:00 and asked to send a termination letter to a MCSED employee. She had received a call from "someone" stating that Kevin Downey was to be given a 30-day notice! She didn't give details but wanted the letter out today. I will send a draft as an attachment.

1