IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, and MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

### MOTION FOR ENLARGEMENT OF TIME AND LEAVE TO FILE DEFENDANT'S CERTIFICATE OF COMPLIANCE *INSTANTER*

NOW COMES Defendant, Roberta Fews by her attorney, Lisa Madigan, Attorney General of the State of Illinois, and respectfully moves this Court for an enlargement of time, up to and including May 11, 2005, in which to file initial disclosures and for leave to file *instanter* Defendant Fews' Certificate of Compliance. In support of this motion, Defendant states as follows:

1. A Rule 16 Scheduling Conference was held in the above-referenced case on April 21, 2005.

2. Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, initial disclosures must be made within 14 days after the Rule 26(f) conference. Accordingly, Defendant's initial disclosures were due May 5, 2005.

3. Counsel for Defendant Fews respectfully requests an extension of time up to and including May 11, 2005, in which to serve her initial disclosures on Plaintiff and the other Defendants. Counsel further requests that she be allowed to file her Certificate of Compliance *instanter*. Said Certificate attests that initial

disclosures were served upon Plaintiff and the remaining Defendants on May 11, 2005.

4. No prejudice has occurred to the parties by the Defendant's short delay in producing initial disclosures and filing her Certificate of Compliance.

WHEREFORE, Defendant requests that this Court grant her Motion for Enlargement of Time and Leave to File Defendant's Certificate of Compliance, *instanter*.

Respectfully submitted,

ROBERTA FEWS

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendant, ROBERTA FEWS
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM | ) | |
| JURKOSHEK, ROBERTA FEWS, | ) | |
| and MACON-PIATT REGIONAL | ) | |
| OFFICE OF EDUCATION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**CERTIFICATE OF COMPLIANCE**

NOW COMES the Defendant, ROBERTA FEWS, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby presents her Certificate of Compliance, stating as follows:

Defendant Fews hereby certifies that she served a copy of her Initial Disclosures upon the attorney for Plaintiff, John Kerly, and the attorney for Defendants Shonkwiler, Jurkoshek and Macon-Piatt Regional Office of Education, Dennis L. Weedman, via U.S. mail on May 11, 2005.

Respectfully submitted,

ROBERTA FEWS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendant, ROBERTA FEWS
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, AND MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2005, I electronically filed Defendant's Motion for Enlargement of Time and Leave to File Defendant's Certificate of Compliance, *instanter*, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley at LawyerJohn@aol.com
Dennis Weedman at dweedman@rsnlt.com

Respectfully submitted,

 s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendant, ROBERTA FEWS
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us