# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JANICE TUXHORN, | ) |
| PLAINTIFF, | ) |
| -vs- | ) No. 05-2020 |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, and MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) |
| DEFENDANTS. | ) |

## CERTIFICATE OF COMPLIANCE

NOW COMES the Defendant, ROBERTA FEWS, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby presents her Certificate of Compliance, *instanter,* stating as follows:

Defendant Fews hereby certifies that she served a copy of her Initial Disclosures upon the attorney for Plaintiff, John Kerly, and the attorney for Defendants Shonkwiler, Jurkoshek and Macon-Piatt Regional Office of Education, Dennis L. Weedman, via U.S. mail on May 11, 2005.

Respectfully submitted,

ROBERTA FEWS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendant, ROBERTA FEWS
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| JANICE TUXHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2020 |
| | ) | |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, AND MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2005, I electronically filed Defendant's Certificate of Compliance, *instanter*, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley at LawyerJohn@aol.com
Dennis Weedman at dweedman@rsnlt.com

Respectfully submitted,

 s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendant, ROBERTA FEWS
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us