E-FILED
Thursday, 09 June, 2005  11:32:00 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| JANICE TUXHORN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No. 05-2020 |
|  | ) |
| CHARLES SHONKWILER, PAM JURKOSHEK, ROBERTA FEWS, and MACON-PIATT REGIONAL OFFICE OF EDUCATION, | ) ) ) ) |
|  | ) |
| Defendants. | ) |

_____

## ORDER
_____

On January 6, 2005, Plaintiff Janice Tuxhorn filed her complaint (#1) in the Springfield division of the Central District of Illinois. On January 28, 2005, Judge Jeanne E. Scott transferred the case to the Urbana division because the complaint did not allege any of Defendants' actions occurred in the Springfield division. On June 7, 2005, Defendants Charles Shonkwiler, Pam Jurkoshek, and Macon-Piatt Regional Office of Education filed a Motion to Transfer Plaintiff's Case and to Consolidate with Case Number 05-3001 (#22). Defendants indicate in their motion that the remaining parties, Plaintiff Tuxhorn and Defendant Fews, have no objection to the transfer.

In their motion, Defendants indicate that Kevin Downey filed Case No. 05-3001 in the Springfield division on January 3, 2005. Downey's complaint brings virtually identical claims against the same defendants as those in the instant case. Local Rule 42.1 provides, "[l]ater-filed related cases may be transferred to the judge assigned to the first-filed suit, regardless of whether the cases are consolidated." After reviewing the pleadings filed in both the Downey and Tuxhorn

matters, this court concludes that the matters are clearly related. Because the Downey matter was the first-filed suit, this case is transferred to the Springfield division. Furthermore, this court notes that both Defendant Jurkoshek and Plaintiff Tuxhorn reside in Sangamon County. Because Plaintiff has not yet had an opportunity to respond to the motion to consolidate and Defendants do not indicate Plaintiff has no objection to this portion of the motion, the court will not rule on that issue at this time.

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Transfer Plaintiff's Case to the Springfield Division and Consolidate with Case Number 05-3001 (#22) is GRANTED in part. The portion of the motion concerning consolidation remains pending.

(2) This case is transferred to the Springfield Division of the Central District of Illinois.

ENTERED this 9th day of June, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE